## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Jose Gonzalez Feliciano,
    Plaintiff,
       v.                                                         **CASE NUMBER: 98-1381 (HL)**
Servicios Correccionales, et al.,
    Defendants.

### MOTION

Date Filed: 8/23/99    Docket #11    [ ] Plffs  [x] Defts
Title: Motion to Dismiss and/or Summary Judgment
Opp'n Filed:    Docket #

### ORDER

Plaintiff is hereby ordered to show cause by January 3, 2000 why his case should not be dismissed for failure to exhaust available administrative remedies. See 42 U.S.C.A. § 1997e(a) (West Supp. 1999).

Date 12/20/99    HECTOR M. LAFFITTE
                          Chief U.S. District Judge



