ENTERED ON DOCKET
1/11/00 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

---

JOSE GONZALEZ FELICIANO,
  Plaintiff,

v.                                              Civil No. 98-1381 (HL)

SERVICIOS CORRECCIONALES, et al.,
  Defendants.

---

## JUDGMENT

The Court having issued an Opinion and Order on this same date, judgment is hereby entered dismissing this case without prejudice.

IT IS SO ORDERED
In San Juan, Puerto Rico
This 10th day of January, 2000

_____
HECTOR M. LAFFITTE
Chief United States District Judge

AO 72A
(Rev.8/82)