UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jose Gonzalez Feliciano,
    Plaintiff,
    V.
Servicios Correccionales de Puerto Rico,
    Defendant.

CASE NUMBER: 98-1381 (HL)

## MOTION

Date Filed: 4/10/00    Docket #17    [x] Plffs  [] Defts
Title: (untitled)
Opp'n Filed:    Docket #

## ORDER

    In his motion, Plaintiff asserts that he received the Court's order of December 20, 1999, Dkt. No. 12, too late to respond to it. Plaintiff further asserts that the Court allowed its judgment to stand in its order of January 24, 2000, Dkt. No. 16, because Plaintiff could not respond to the Court's December 20, 1999 order. Plaintiff attaches to his motion the motion that he filed on January 19, 2000. Plaintiff fails to understand, however, that the Court in its January 24, 2000 order, Dkt. No. 16, explicitly considered the arguments presented by Plaintiff in his motion. As the Court made clear in its order, the second ground for its judgment in the case is sufficient to support the judgment. See Dkt. No. 16. Accordingly, Plaintiff's motion is hereby denied.

Date 4/18/00    HECTOR M. LAFFITTE
    Chief U.S. District Judge


